HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARTHUR CRAWFORD, JR. et al.,

                Plaintiffs,

    v.

CITY OF BELLINGHAM, et al.,

                Defendants.

CASE NO. C13-700 RAJ

ORDER

      This matter comes before the court on the Report and Recommendation ("R&R")
from the United States Magistrate Judge James P. Donohue.  Dkt. # 5.  Judge Donohue
recommended dismissing the petition because petitioner had failed to submit either the
$400 filing fee or an application for leave to proceed with this action *in forma pauperis*
("IFP").  After the R&R issued, plaintiffs corrected their application to proceed *in forma
pauperis*.  Accordingly, the court declines to adopt the R&R, and directs the clerk to refer
the IFP motion back to Judge Donohue.

1    Dated this 19th day of September, 2013.

2

3

4    _____

5    The Honorable Richard A. Jones
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER- 2