HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ARTHUR CRAWFORD, JR. et al.,

    Plaintiffs,

  v.

CITY OF BELLINGHAM, et al.,

    Defendants.

CASE NO. C13-700 RAJ

ORDER

    This matter comes before the court on the Report and Recommendation ("R&R") from the United States Magistrate Judge James P. Donohue. Dkt. # 5. Judge Donohue recommended dismissing the petition because petitioner had failed to submit either the $400 filing fee or an application for leave to proceed with this action *in forma pauperis* ("IFP"). After the R&R issued, plaintiffs corrected their application to proceed *in forma pauperis*. Accordingly, the court declines to adopt the R&R, and directs the clerk to refer the IFP motion back to Judge Donohue.

ORDER- 1

Dated this 19th day of September, 2013.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER- 2